JAMES J. CUSACK *vs.* CATHERINE CUSACK (and three companion
cases). December 6, 1977. The motion of James J. Cusack to dismiss
the appeals of Catherine Cusack in these four cases[1] is allowed, both
for the reason stated in the motion and for the additional reason that
the records were not in fact assembled within the forty-day period
allowed by Mass.R.A.P. 9(c), 365 Mass. 852 (1974), notwithstanding
the register's premature notice to that effect, because the transcript
was not filed within that time or any extension thereof. *Westinghouse
Elec. Supply Co.* v. *Healy Corp. ante,* 43, 56-57, 60-61, 62 (1977).

*Appeals dismissed.*

*John R. McGrath* for Catherine Cusack.

---

[1] Consolidated for the purposes of trial and appeal.